PARTIES, INC., Respondent, v. KAGRAN CORPORATION, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Cohn, J. P., Callahan, Breitel, Bastow and Botein, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH CULLEN, Appellant.— Order unanimously affirmed. No opinion. Present — Cohn, J. P., Callahan, Breitel, Bastow and Botein, JJ. [Order denied motion for writ of error *coram nobis.*] [See 283 App. Div. 708.]

ROBERT BAYER, as Guardian ad Litem of ROBERT BAYER, an Infant, et al., Appellants, v. GREAT ATLANTIC & PACIFIC TEA COMPANY, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Glennon, J. P., Dore, Cohn, Callahan and Botein, JJ.

SAMUEL NARINS, Appellant, v. MILTON J. GEIGER et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Glennon, J. P., Dore, Cohn, Callahan and Botein, JJ.

SIDNEY SPERBER, Appellant, v. SKYLINE LAKE CORP., Respondent, et al., Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Glennon, J. P., Dore, Cohn, Callahan and Botein, JJ.

In the Matter of 976 SIXTH AVENUE, INC., Respondent. EMPIRE NUT PRODUCTS, INC., Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Glennon, J. P., Dore, Cohn, Callahan and Botein, JJ. [See *post,* p. 935.]

In the Matter of the CITY OF NEW YORK, Respondent, Relative to Acquiring Title to the Real Property Required for HARLEM RIVER DRIVE from West 155th Street to 8th Avenue, in the Borough of Manhattan. JAY COOGAN et al., Appellants; ALFRED J. BOHLINGER, Superintendent of Insurance of the State of New York, as Liquidator of New York Title and Mortgage Company, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Dore, Cohn, Breitel and Bastow, JJ. [204 Misc. 565.] [See *post,* p. 1027.]

In the Matter of the Arbitration between JESSE A. VOLK, Respondent, and DONALD W. JACOBSON, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Dore, Cohn, Breitel and Bastow, JJ.

WOLDEMAR A. BARY, Respondent, v. BFM INDUSTRIES, INC., et al., Defendants, and DANIEL A. SHIRK, as Receiver of the Property of MEDWIN BENJAMIN, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Dore, Cohn, Breitel and Bastow, JJ.